# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **KIMBERLY GRIFFIN,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**USPG FRANKLIN, LLC AND USPG PORTFOLIO TWO, LLC**<br><br>         **Defendants.** | Civil Action<br>File No.: 7:20-cv-02046-TMC<br><br>**STIPULATION OF DISMISSAL** |

   Pursuant to the provisions of Rule 41(a)(1)(B) of the *Federal Rules of Civil Procedure*, all matters and things in controversy having been settled between the parties, it is stipulated and agreed that the Plaintiff's causes of action shall be and the same are dismissed with prejudice. It is further stipulated and agreed that each party shall bear its own court costs and attorneys' fees.

WE SO STIPULATE:                                           WE CONSENT:

*s/Jon E. Newlon*                                              *s/Joshua D. Shaw*
Jon E. Newlon                                                   Joshua D. Shaw (Fed. Bar No. 10529)
Mccravy, Newlon & Sturkie Law Firm, P.A.    Hedrick Gardner Kincheloe & Garofalo, LLP
1629 Hwy 72 Bypass, NE                              1230 Main Street, Suite 325
Greenwood, SC 29649                                   Columbia, SC 29201
jnewlon@mccravylaw.com                            jshaw@hedrickgardner.com
(864) 388-9100                                                (803) 727-1221
                     (803) 727-1259